United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Shannon Louise Leib  
    Debtor

Case No. 24-00115-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Feb 23, 2024      Form ID: ntcnfhrg      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shannon Louise Leib, 6500 Sanibel Drive, Harrisburg, PA 17111-6007 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5590278 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 23 2024 18:42:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5590279 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Feb 23 2024 18:43:46 | Best Egg, 1523 Concord Pike, Suite 201, Wilmington, DE 19803-3656 |
| 5590280 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2024 18:44:02 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5595943 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2024 18:43:48 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5590282 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 23 2024 18:55:21 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 5590284 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 23 2024 18:42:00 | ComenityBank/Venus, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5590285 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 23 2024 18:42:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5590283 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 23 2024 18:42:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5590286 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 23 2024 18:44:02 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5590277 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 23 2024 18:42:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5591590 | | Email/Text: mrdiscen@discover.com | Feb 23 2024 18:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5590287 | + | Email/Text: mrdiscen@discover.com | Feb 23 2024 18:42:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5590288 | + | Email/Text: dplbk@discover.com | Feb 23 2024 18:42:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 5591699 | + | Email/Text: dplbk@discover.com | Feb 23 2024 18:42:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 5590275 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 23 2024 18:42:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5590281 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 23 2024 18:55:45 | Chase Card Services, Attn: Bankruptcy, P.O. |

| Recipient | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 5595831 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 23 2024 18:42:00 | 15298, Wilmington, DE 19850<br>JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5590289 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Feb 23 2024 18:42:00 | Key Bank, Box 94722, Cleveland, OH 44101-4722 |
| 5590290 | + | Email/Text: Documentfiling@lciinc.com | Feb 23 2024 18:42:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 5590291 | + | Email/Text: Unger@Members1st.org | Feb 23 2024 18:42:00 | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5590292 |  | Email/Text: Bankruptcy.Notices@pnc.com | Feb 23 2024 18:42:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 5590293 | + | Email/Text: bankruptcynotices@psecu.com | Feb 23 2024 18:42:00 | PSECU, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5590294 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Feb 23 2024 18:43:46 | SoFi, Attn: Bankruptcy, 2750 East Cottonwood Parkway, Ste 300, Salt Lake City, UT 84121-7285 |
| 5597267 |  | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2024 18:55:11 | Sofi Bank, National Association, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5590295 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Feb 23 2024 18:43:46 | Sofi Lending Corp, Attn: Bankruptcy, Po Box 654158, Dallas, TX 75265-4158 |
| 5590296 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 23 2024 18:43:46 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5064 |
| 5590297 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 23 2024 18:43:48 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5590298 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 23 2024 18:44:15 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5590299 | + | Email/Text: bncmail@w-legal.com | Feb 23 2024 18:42:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 5590276 | + | Email/Text: kcm@yatb.com | Feb 23 2024 18:42:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2024   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | on behalf of Debtor 1 Shannon Louise Leib dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| Shannon Louise Leib,<br>fka Shannon Louise Spencer, fka Shannon Louise Spencer,<br>**Debtor 1** | Chapter 13<br><br>Case No. 1:24−bk−00115−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 20, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom 4B, 1501<br>N. 6th St, Harrisburg, PA 17102 | Date: March 27, 2024<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 23, 2024 |

ntcnfhrg (08/21)