WWR# 041411910

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 24-00115 |
| SHANNON L LEIB | CHAPTER 13 |
| | JUDGE HENRY W. VAN ECK |
| DEBTOR(S) | |

**NOTICE OF APPEARANCE**

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as counsel for creditor, PSECU.

Please send all further communications, pleadings, court notices, and other documents intended for PSECU to undersigned counsel.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ MILOS GVOZDENOVIC
MILOS GVOZDENOVIC
Attorney for Creditor
965 KEYNOTE CIRCLE
CLEVELAND, OH 44131
877-338-9484
pitecf@weltman.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 4th day of March, 2024 addressed to:

DAWN MARIE CUTAIA, Attorney for Debtor
dmcutaia@gmail.com

JACK N ZAHAROPOULOS, Trustee
8125 ADAMS DR STE A
HUMMELSTOWN, PA 17036-8625
info@pamd13trustee.com

OFFICE OF THE UNITED STATES TRUSTEE ustpregion03.ha.ecf@usdoj.gov

SHANNON L LEIB
6500 SANIBEL DR
HARRISBURG, PA 17111-6007

,

        Respectfully submitted,
        Weltman, Weinberg & Reis Co. LPA

        /s/ MILOS GVOZDENOVIC
        MILOS GVOZDENOVIC
        Attorney for Creditor
        965 KEYNOTE CIRCLE
        CLEVELAND, OH 44131
        877-338-9484
        pitecf@weltman.com