In re:                                                                                    Case No. 24-00115-HWV

Shannon Louise Leib                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                    User: AutoDocke                           Page 1 of 3

Date Rcvd: Mar 11, 2024              Form ID: ntcnfhrg                         Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shannon Louise Leib, 6500 Sanibel Drive, Harrisburg, PA 17111-6007 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5590278 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 11 2024 18:54:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5590279 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Mar 11 2024 19:02:07 | Best Egg, 1523 Concord Pike, Suite 201, Wilmington, DE 19803-3656 |
| 5590280 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 11 2024 19:02:11 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5595943 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 11 2024 19:02:16 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5590282 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 11 2024 19:23:17 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 5590284 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 11 2024 18:55:00 | ComenityBank/Venus, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5590285 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 11 2024 18:55:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5590283 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 11 2024 18:55:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5590286 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 11 2024 19:02:11 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5590277 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 11 2024 18:55:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5591590 | | Email/Text: mrdiscen@discover.com | Mar 11 2024 18:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5590287 | + | Email/Text: mrdiscen@discover.com | Mar 11 2024 18:54:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5590288 | + | Email/Text: dplbk@discover.com | Mar 11 2024 18:55:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 5591699 | + | Email/Text: dplbk@discover.com | Mar 11 2024 18:55:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 5590275 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 11 2024 18:54:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5590281 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 11 2024 19:02:21 | Chase Card Services, Attn: Bankruptcy, P.O. |

| | | | | |
|---|---|---|---|---|
| | | | | 15298, Wilmington, DE 19850 |
| 5595831 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Mar 11 2024 18:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5590289 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | | |
| | | | Mar 11 2024 18:55:00 | Key Bank, Box 94722, Cleveland, OH 44101-4722 |
| 5590290 | + | Email/Text: Documentfiling@lciinc.com | | |
| | | | Mar 11 2024 18:54:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 5590291 | + | Email/Text: Unger@Members1st.org | | |
| | | | Mar 11 2024 18:54:00 | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5590292 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Mar 11 2024 18:54:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 5600172 | + | Email/Text: BKRMailOps@weltman.com | | |
| | | | Mar 11 2024 18:55:00 | PSECU, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 5590293 | + | Email/Text: bankruptcynotices@psecu.com | | |
| | | | Mar 11 2024 18:55:00 | PSECU, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5590294 | + | Email/PDF: SoFiBKNotifications@resurgent.com | | |
| | | | Mar 11 2024 19:02:11 | SoFi, Attn: Bankruptcy, 2750 East Cottonwood Parkway, Ste 300, Salt Lake City, UT 84121-7285 |
| 5597267 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Mar 11 2024 19:02:11 | Sofi Bank, National Association, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5590295 | + | Email/PDF: SoFiBKNotifications@resurgent.com | | |
| | | | Mar 11 2024 19:02:21 | Sofi Lending Corp, Attn: Bankruptcy, Po Box 654158, Dallas, TX 75265-4158 |
| 5590296 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Mar 11 2024 19:02:14 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5064 |
| 5590297 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Mar 11 2024 19:02:16 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5590298 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Mar 11 2024 19:02:07 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5590299 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Mar 11 2024 18:55:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 5590276 | + | Email/Text: kcm@yatb.com | | |
| | | | Mar 11 2024 18:54:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PSECU, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | |
| | on behalf of Debtor 1 Shannon Louise Leib dmcutaia@gmail.com |
| | cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Denise E. Carlon | |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | |
| | TWecf@pamd13trustee.com |
| Milos Gvozdenovic | |
| | on behalf of Creditor PSECU mgvozdenovic@weltman.com  pitecf@weltman.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Shannon Louise Leib,
fka Shannon Louise Spencer, fka Shannon Louise
Spencer,

**Debtor 1**

Chapter     13

Case No.     1:24−bk−00115−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is rescheduled for the date indicated below.

**March 20, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: April 3, 2024<br><br>Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 11, 2024 |

ntcnfhrg (08/21)