UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SHANNON LOUISE LEIB
AKA: FKA SHANNON LOUISE SPENCER,
FKA SHANNON LOUISE SPENCER     CHAPTER 13

          Debtor(s)

CASE NO: 1-24-00115-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
          Movant

vs.

SHANNON LOUISE LEIB
AKA: FKA SHANNON LOUISE SPENCER,
FKA SHANNON LOUISE SPENCER

          Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on May 21, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Douglas R. Roeder, Esquire, and respectfully represents the following:

1. A Plan was filed on January 18, 2024.

2. A hearing was held and an Order was entered on April 3, 2024 directing that an amended plan be filed within forty-five (45) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

          Respectfully submitted,

          /s/   Douglas R. Roeder, Esquire
          Id:  80016
          Attorney for Movant
          Jack N. Zaharopoulos
          Standing Chapter 13 Trustee
          Suite A, 8125 Adams Drive
          Hummelstown, PA   17036
          Phone:   717-566-6097
          email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SHANNON LOUISE LEIB
AKA: FKA SHANNON LOUISE SPENCER, FKA SHANNON LOUISE SPENCER

      Debtor(s)      CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
      Movant      CASE NO: 1-24-00115-HWV

SHANNON LOUISE LEIB
AKA: FKA SHANNON LOUISE SPENCER, FKA SHANNON LOUISE SPENCER

      Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Sylvia H. Rambo United States Courthouse    Date: June 26, 2024
Bankruptcy Courtroom 4B
1501 North 6th Street    Time: 09:35 AM
Harrisburg, PA 17102

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date: May 21, 2024    /s/ Douglas R. Roeder, Esquire
Id: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SHANNON LOUISE LEIB
AKA: FKA SHANNON LOUISE SPENCER,
FKA SHANNON LOUISE SPENCER

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 1-24-00115-HWV

Movant

vs.

SHANNON LOUISE LEIB
AKA: FKA SHANNON LOUISE SPENCER,
FKA SHANNON LOUISE SPENCER

Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 21, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically
DAWN MARIE CUTAIA, ESQUIRE
FRESH START LAW, PLLC
1701 WEST MARKET STREET
YORK, PA 17404

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by 1st Class Mail
SHANNON LOUISE LEIB
6500 SANIBEL DRIVE
HARRISBURG, PA 17111

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 21, 2024

/s/ Vickie Williams
Office of Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SHANNON LOUISE LEIB
AKA: FKA SHANNON LOUISE SPENCER,
FKA SHANNON LOUISE SPENCER

      Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
      Movant

SHANNON LOUISE LEIB
AKA: FKA SHANNON LOUISE SPENCER,
FKA SHANNON LOUISE SPENCER

      Respondent(s)

CHAPTER 13

CASE NO: 1-24-00115-HWV

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.