IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>SHANNON LOUISE LEIB,<br>　Debtor | Chapter 13<br><br>CASE NO 1:24-bk-00115-HWV |
| PNC BANK, NATIONAL ASSOCIATION,<br>　Movant,<br><br>v.<br><br>SHANNON LOUISE LEIB,<br>　Respondent<br><br>JACK N ZAHAROPOULOS, Trustee | |

**ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

　　AND NOW, comes the above-captioned Debtor, Shannon Leib, by and through her attorney, Dawn Cutaia, who files this Answer:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted that Debtor is behind; Denied as to the exact amount.
7. Denied as to amount.
8. Denied.
9. Denied.
10. Denied. Debtor can cure any arrears through an amended plan.

WHEREFORE, Debtor respectfully requests this Honorable Court deny the Motion for Relief from Stay and allow Debtors to cure the arrears through an amended plan.

Respectfully Submitted

/s/ Dawn Marie Cutaia
Attorney for Debtors
Supreme Court ID: 77965
Fresh Start Law, PLLC
1701 W. Market Street
York PA 17404
717-304-1841
dmcutaia@gmail.com

Case 1:24-bk-00115-HWV    Doc 34    Filed 10/10/24    Entered 10/10/24 19:28:10    Desc
Main Document    Page 2 of 2