UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                   CASE NO. 1:24-bk-00115-HWV

Shannon Louise Leib

    Debtor (s)                           Chapter 13

ORDER

AND NOW, upon consideration of Debtor's Motion to Modify Plan post-confirmation, and there being no objections after notice, said Motion is hereby granted and Debtor's 3rd Amended Plan is hereby Confirmed.

BY THE COURT: