UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SHANNON LOUISE LEIB, FKA<br>SHANNON LOUISE SPENCER,<br>    Debtor | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS,<br>STANDING CHAPTER 13 TRUSTEE,<br>    Movant | : | |
| vs. | : | |
| SHANNON LOUISE LEIB, FKA<br>SHANNON LOUISE SPENCER,<br>    Respondent | : | CASE NO. 1-24-bk-00115-HWV |

TRUSTEE'S OBJECTION TO THE THIRD AMENDED CHAPTER 13 PLAN

AND NOW, this 21st day of January, 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, who objects to the confirmation of the above-referenced Debtor's Plan for the following reason:

3. The Trustee provides notice to the Court as to the ineffectiveness of the Debtor's Chapter 13 Plan for the following reason:

    a. The Plan is not signed or dated.

WHEREFORE, the Trustee alleges and avers that the Debtor's Plan cannot be confirmed, and therefore, the Trustee prays that this Honorable Court will:

    a. deny confirmation of the Debtor's Plan;
    b. dismiss or convert the Debtor's case; and
    c. provide such other relief as is equitable and just.

    Respectfully submitted:

    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717) 566-6097

BY:    /s/Douglas R. Roeder, Esquire
        Attorney for Trustee

CERTIFICATE OF SERVICE

AND NOW, this 21st day of January, 2025, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

Dawn Marie Cutaia, Esquire
Fresh Start Law, PLLC
1701 West Market Street
York, PA 17404

/s/Derek M. Strouphauer, Paralegal
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee