**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:     SHANNON LOUISE LEIB
           FKA SHANNON LOUISE
           SPENCER, FKA SHANNON
           LOUISE SPENCER
                                              CHAPTER 13
                      Debtor(s)

           JACK N. ZAHAROPOULOS
           CHAPTER 13 TRUSTEE
                      Movant            CASE NO: 1-24-00115-HWV
           vs.
           SHANNON LOUISE LEIB
           FKA SHANNON LOUISE
           SPENCER, FKA SHANNON
           LOUISE SPENCER

                      Respondent(s)


**TRUSTEE'S MOTION TO DISMISS CASE**

AND NOW, on June 13, 2025, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).


Dated:    June 13, 2025              Respectfully submitted,

                                    /s/    Douglas R. Roeder, Esquire
                                    ID:  80016
                                    Attorney for Trustee
                                    Jack N. Zaharopoulos
                                    Standing Chapter 13 Trustee
                                    Suite A, 8125 Adams Drive
                                    Hummelstown, PA 17036
                                    Phone:  (717) 566-6097
                                    email:  droeder@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:    SHANNON LOUISE LEIB
         FKA SHANNON LOUISE
         SPENCER, FKA SHANNON
         LOUISE SPENCER

                             CHAPTER 13

             Debtor(s)

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
                  Movant          CASE NO: 1-24-00115-HWV
         vs.
         SHANNON LOUISE LEIB
         FKA SHANNON LOUISE
         SPENCER, FKA SHANNON
         LOUISE SPENCER

             Respondent(s)

### NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

Date:    July 31, 2025
Time:    09:35 AM
        Sylvia H. Rambo United States Courthouse
        Bankruptcy Courtroom 4B, 4th Floor
        1501 North 6th Street
        Harrisburg, PA 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.   You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
     **AMOUNT DELINQUENT AS OF LAST MONTH: $ 3946.55**
     **AMOUNT DUE FOR THIS MONTH: $1792.91**
     **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $5739.46**

**NOTE:**
     **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

     **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**
      **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

**If submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE.**

Dated:    June 13, 2025                /s/   Douglas R. Roeder, Esquire
                                       ID: 80016
                                       Attorney for Movant
                                       Jack N. Zaharopoulos
                                       Standing Chapter 13 Trustee
                                       Suite A, 8125 Adams Drive
                                       Hummelstown, PA 17036
                                       Phone: (717) 566-6097
                                       email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:    SHANNON LOUISE LEIB
FKA SHANNON LOUISE
SPENCER, FKA SHANNON
LOUISE SPENCER

                                        CHAPTER 13

             Debtor(s)

      JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

                 Movant           CASE NO: 1-24-00115-HWV

vs.
SHANNON LOUISE LEIB
FKA SHANNON LOUISE
SPENCER, FKA SHANNON
LOUISE SPENCER

              Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 13, 2025, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

DAWN MARIE CUTAIA, ESQUIRE          UNITED STATES TRUSTEE
FRESH START LAW, PLLC                     1501 NORTH 6TH STREET
1701 WEST MARKET STREET              PO BOX 302
YORK PA 17404-                            HARRISBURG PA  17102

<u>SERVED BY FIRST CLASS MAIL</u>

SHANNON LOUISE LEIB
6500 SANIBEL DRIVE
HARRISBURG  PA  17111-

I certify under penalty of perjury that the foregoing is true and correct.

Date:  June 13, 2025                    /s/  Tammy Life
                                       Office of the Standing Chapter 13 Trustee
                                       Jack N. Zaharopoulos
                                       Suite A, 8125 Adams Dr.
                                       Hummelstown, PA  17036
                                       Phone:  (717) 566-6097
                                       email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    SHANNON LOUISE LEIB
AKA: FKA SHANNON LOUISE
SPENCER, FKA SHANNON LOUISE
SPENCER

                                            CHAPTER 13

              Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
              Movant                      CASE NO: 1-24-00115-HWV

      vs.

SHANNON LOUISE LEIB
AKA: FKA SHANNON LOUISE
SPENCER, FKA SHANNON LOUISE
SPENCER

**ORDER DISMSSING CASE**

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.  The Court retains jurisdiction to rule on any timely filed fee application.