## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   SHANNON LOUISE LEIB
FKA SHANNON LOUISE
SPENCER, FKA SHANNON
LOUISE SPENCER

                                                   CHAPTER 13

                   Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                   Movant               CASE NO: 1-24-00115-HWV
vs.
SHANNON LOUISE LEIB
FKA SHANNON LOUISE
SPENCER, FKA SHANNON
LOUISE SPENCER

                 Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on October 14, 2025, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:    October 14, 2025              Respectfully submitted,

                                      /s/   Douglas R. Roeder, Esquire
                                      ID:  80016
                                      Attorney for Trustee
                                      Jack N. Zaharopoulos
                                      Standing Chapter 13 Trustee
                                      Suite A, 8125 Adams Drive
                                        Hummelstown, PA 17036
                                      Phone:  (717) 566-6097
                                      email:  droeder@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:    SHANNON LOUISE LEIB
           FKA SHANNON LOUISE
           SPENCER, FKA SHANNON
           LOUISE SPENCER

                                       CHAPTER 13

                  Debtor(s)

           JACK N. ZAHAROPOULOS
           CHAPTER 13 TRUSTEE
                       Movant             CASE NO: 1-24-00115-HWV
           vs.
           SHANNON LOUISE LEIB
           FKA SHANNON LOUISE
           SPENCER, FKA SHANNON
           LOUISE SPENCER

                  Respondent(s)

**<u>NOTICE</u>**

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

Date:     November 19, 2025
Time:    09:35 AM
          Sylvia H. Rambo United States Courthouse
          Bankruptcy Courtroom 4B, 4th Floor
          1501 North 6th Street
          Harrisburg, PA 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
     **AMOUNT DELINQUENT AS OF LAST MONTH: $ 3318.19**
     **AMOUNT DUE FOR THIS MONTH: $1792.91**
     **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $5111.10**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**
    CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.  You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3.  You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.


Dated:    October 14, 2025

/s/   Douglas R. Roeder, Esquire
ID:  80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  info@pamd13trustee.com

In Re:    SHANNON LOUISE LEIB
FKA SHANNON LOUISE
SPENCER, FKA SHANNON
LOUISE SPENCER

                                    CHAPTER 13

                Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

                Movant              CASE NO: 1-24-00115-HWV

vs.
SHANNON LOUISE LEIB
FKA SHANNON LOUISE
SPENCER, FKA SHANNON
LOUISE SPENCER

                Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 14, 2025, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

DAWN MARIE CUTAIA, ESQUIRE
FRESH START LAW, PLLC
1701 WEST MARKET STREET
YORK PA  17404-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA  17102

SERVED BY FIRST CLASS MAIL

SHANNON LOUISE LEIB
6500 SANIBEL DRIVE
HARRISBURG  PA  17111-

I certify under penalty of perjury that the foregoing is true and correct.

Date:  October 14, 2025               /s/  Ashley Schott
                                        Office of the Standing Chapter 13 Trustee
                                        Jack N. Zaharopoulos
                                        Suite A, 8125 Adams Dr.
                                        Hummelstown, PA  17036

Phone:  (717) 566-6097
email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    SHANNON LOUISE LEIB
AKA: FKA SHANNON LOUISE
SPENCER, FKA SHANNON LOUISE
SPENCER

                                  CHAPTER 13

          Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
          Movant                       CASE NO: 1-24-00115-HWV

vs.

SHANNON LOUISE LEIB
AKA: FKA SHANNON LOUISE
SPENCER, FKA SHANNON LOUISE
SPENCER

**ORDER DISMSSING CASE**

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.