**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: | Chapter 13

**Shannon Louise Leib,** | CASE NO: 1:24-bk-00115-HWV
Debtor

**PNC Bank, National Association,**
Movant

## <u>MOTION TO RECONSIDER ORDER OF DEFAULT</u>

AND NOW, this 3rd day of April, 2026, the Debtor, by and through her Counsel, objects to the Certificate of Default filed by Matthew K. Fissel, Attorney for PNC Bank, National Association, and states the following in support thereof:

1. The parties signed a stipulation on December 4, 2024.

2. The Stipulation provides that, should Debtor fall behind on payments again, Counsel for Movant is to notify Counsel for Debtor in writing about the default, and provide 15 days for Debtor to cure the default.

3. Counsel for Movant did notify Counsel of Debtor's default, and gave her until March 7, 2026.

4. Movant cured the default as of March 13, 2026, and provided proof of payments to her counsel and we were waiting for the mortgagee to confirm that Debtor was in fact paid up.

5. Counsel for Movant nonetheless filed a Certificate of Default on March 19, 2026.

6. An Order Granting Motion for Relief from the Automatic Stay upon Certificate of Default was entered on March 20, 2026.

7. Counsel for both parties have been communicating regarding this matter, and Counsel for Movant is waiting for confirmation from Movant regarding Debtor's payments.

8. Counsel for Movant and Counsel for Debtor hope to resolve this issue by agreement.

Wherefore, Debtors respectfully request this Honorable Court reconsider the Order on the Certificate of Default.

Respectfully Submitted:
/s/ Dawn M. Cutaia
Attorney for Debtor
717-304-1841
dmcutaia@gmail.com
1701 W. Market Street
York PA 17404

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| **Shannon Louise Leib,**<br>Debtor | CASE NO: 1:24-bk-00115-HWV |
| **PNC Bank, National Association,**<br>Movant | |

## <u>ORDER</u>

Upon consideration of the Motion to Reconsider Order of Default, the Order Granting Motion for Relief from the Automatic Stay upon Certificate of Default entered on March 20, 2026 is vacated and the automatic stay is reinstated.