UNITED STATES BANKRUPTCY COURT
**Middle District of Pennsylvania (Harrisburg)**

In Re:                                             Chapter 13
                                                   Case No. 24-00115

**Shannon Louise Leib**                    Judge Henry W. Van Eck

          Debtor(s))        **Satisfaction of proof of claim 8-1**

_____

Now comes KeyBank, NA and hereby provide notice of Satisfaction of Proof of Claim associated with claim 8-1.

                                       Respectfully submitted,

                                       /s/  Apryl Love
                                       _____
                                       KeyBank, NA
                                       4910 Tiedeman Road
                                       Brooklyn, OH 44144
                                       866-325-9723

UNITED STATES BANKRUPTCY COURT **Middle District of Pennsylvania (Harrisburg)**

In Re: Shannon Louise Leib        Case No. 24-**00115**

                 Debtor(s).        Chapter 13

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on  7/8/2026 , I electronically filed a Satisfaction of Claim 8-1 with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney
Dawn Marie Cutaia

Trustee
Jack N Zaharopoulos

       And, I hereby certify that I have mailed via the United States Postal Service the Satisfaction of Claim  8-1 to the following non CM/ECF participant

Debtor
Shannon Louise Leib
6500 Sanibel Drive
Harrisburg, PA 17111

/s/_Apryl Love_____
Bankruptcy Specialist
KeyBank N.A.