| | |
|---|---|
| In Re:<br>Shannon Louise Leib,<br>    Debtor<br><hr> | Chapter 13<br><br>CASE NO 1:24-bk-00115-HWV |
| Pennsylvania State Employees Credit Union,<br>    Movant<br><br>v.<br><br>Shannon Louise Leib,<br>    Respondents<br><br>Jack N. Zaharapoulos,<br>    Trustee | |

## **ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, comes the above-captioned Debtor, Shannon Louise Leib, by and through her attorney, Dawn Cutaia, who files this Answer:

1. Denied.  Debtor filed her petition on January 18, 2024.

2. The documents speak for themselves and therefore this allegation is denied and strict proof demanded at trial.

3. This paragraph is a statement of law to which no response is required.

4. Denied.  If Debtor is behind in payments, these payments could be cured through an amended plan.

5. Debtor is without personal knowledge as to the payoff balance.  As such, this paragraph is denied.

6. The documents speak for themselves and therefore this allegation is denied and strict proof demanded at trial.

7. The documents speak for themselves and therefore this allegation is denied and strict proof demanded at trial.

8. Denied.

WHEREFORE, Debtor respectfully requests this Honorable Court deny the Motion for Relief from Stay and allow Debtor to cure any arrears with an amended plan.

Respectfully Submitted

/s/ Dawn Marie Cutaia
Attorney for Debtor
Supreme Court ID: 77965
Fresh Start Law, PLLC
1701 W. Market Street
York PA 17404
717-304-1841
dmcutaia@gmail.com