LOCAL BANKRUPTCY FORM 9013-4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Shannon Louise Leib                                    :          CHAPTER ____13____
                                                       :
                                                       :          CASE NO. 1 - 24 -bk- 00115-HVW
                                                       :
                                                       :
                                                       :
          **Debtor(s)**                                :
Pennsylvania State Employees Credit Union              :          ADVERSARY NO. __-__ ·ap-_____
                                                       :          (if applicable)
                                                       :
                                                       :
                                                       :
                                                       :
          **Plaintiff(s)/Movant(s)**                   :
                **vs.**                                :          **Nature of Proceeding:** Motion for Relief
Shannon Louise Leib                                    :
                                                       :          from Stay
                                                       :
                                                       :
                                                       :
          **Defendant(s)/Respondent(s)**    :          **Document #:** 83

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
To permit parties to work towards resolution via stipulation.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated:_____August 3, 2026_____          _____

                                           Attorney for Pennsylvania State Employees Credit U
                                           Name: Cameron Deane
                                           Phone Number: 267-940-1643

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.